# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 25, 2024

## NO. 03-24-00544-CV

**Benuvia Holdings, LLC, Appellant**

**v.**

**Next Frontier Holdings, Inc. and Benuvia, Inc., Appellees**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS**
**DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the interlocutory order signed by the trial court on July 26, 2024. The parties have filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.